NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
kimberly.frayn@usdoj.gov
*Representing the United States*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CESAR TORRES-DIAZ,<br><br>　　　　　Defendant. | Case No. 2:19-CR-00162-APG-VCF<br><br>**Stipulation To Continue Sentencing Hearing**<br>(First Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender and Tiffany Nocon, Assistant Federal Public Defender, counsel for, CESAR TORRES-DIAZ ("Diaz"), that the sentencing hearing in the abovementioned case, which is currently scheduled for February 18, 2020 at 10:45 a.m., be continued and reset to a date and time convenient to this Court on February 25, 2020, or as close after that date as the Court's schedule allows, for the following reasons:

*///*

1.      On or about February 11, 2020, Diaz filed an objection to the PSR combined with his sentencing memorandum. ECF 22. Under local rule, the government's response would have to be filed three days before the February 18, 2020 sentencing hearing. However, the undersigned government counsel will be out of the district from February 12, 2020 until February 17, 2020 and will have only limited access to cell phone and computers during that time. Accordingly, the government needs a brief continuance to be able to adequately research and respond to Diaz's sentencing issues.

2.      The parties have agreed to continue the sentencing hearing to a date and time convenient to this Court on February 25, 2020, or as close after that date as the Court's schedule allows so that the government has sufficient time to file an appropriate responsive pleading.

3.      The defendant is incarcerated but defense counsel indicates that counsel does not object to the short continuance requested herein.

4.      The parties agree to the continuance.

5.      The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time within which adequately prepare for the sentencing hearing. Additionally, denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy hearing.

///

///

///

6. This is the first stipulation to continue the hearing.

DATED this 11th day of February, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Tiffany Nocon*<br>By_____<br>TIFFANY NOCON<br>Assistant Federal Public Defender | */s/ Kimberly M. Frayn*<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

|   |   |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT** |
| 2 | **DISTRICT OF NEVADA** |

| | | |
|---|---|---|
| 3 | UNITED STATES OF AMERICA, | Case No. 2:19-CR-00162-APG-VCF |
| 4 | Plaintiff, | |
| 5 | v. | **Findings Of Fact, Conclusions Of Law And Order** |
| 6 | CESAR TORRES-DIAZ, | |
| 7 | Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. On or about February 11, 2020, Diaz filed an objection to the PSR combined with his sentencing memorandum. ECF 22. Under local rule, the government's response would have to be filed three days before the February 18, 2020 sentencing hearing. However, the undersigned government counsel will be out of the district from February 12, 2020 until February 17, 2020 and will have only limited access to cell phone and computers during that time. Accordingly, the government needs a brief continuance to be able to adequately research and respond to Diaz's sentencing issues.

2. The parties have agreed to continue the sentencing hearing to a date and time convenient to this Court on February 25, 2020, or as close after that date as the Court's schedule allows so that the government has sufficient time to file an appropriate responsive pleading.

*///*

3. The defendant is incarcerated but defense counsel indicates that counsel does not object to the short continuance requested herein.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time within which adequately prepare for the sentencing hearing. Additionally, denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy hearing.

6. This is the first stipulation to continue the hearing.

**ORDER**

THEREFORE, IT IS HEREBY ORDERED that the sentencing hearing in the above-captioned matters, currently scheduled for February 18, 2020, be vacated and continued to a date and time convenient to this Court that is on <u>Tuesday, March 3, 2020</u> at <u>9:30 a.m.</u> in courtroom 6C.

DATED this <u>12th</u> day of February 2020.

_____
HONORABLE ANDREW G. GORDON
United States District Judge