**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>CESAR TORRES-DIAZ,<br><br>    Defendant | Case No.: 2:19-cr-00162-APG-VCF<br><br>**Order Striking Filing**<br><br>[ECF No. 28] |

   Defendant Cesar Torres-Diaz filed a *pro se* document requesting that I conduct a "custody re-determination hearing." ECF No. 28.  It appears that Mr. Torres-Diaz wants me to intervene in his immigration case and determine whether he should be released from custody.  Mr. Torres-Diaz does not identify any authority confirming that this court has jurisdiction to do that.

   In addition, Local Rule IA 11-6(a) provides that "a party who has appeared by attorney cannot while so represented appear or act in the case.  This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney."  Because Mr. Torres-Diaz is represented by counsel in this case, he is not permitted to file his purported motion *pro se*.

   I THEREFORE ORDER that the defendant's filing **(ECF No. 28) is stricken**.

   DATED this 9th day of October, 2020.

                                                                ANDREW P. GORDON
                                                                UNITED STATES DISTRICT JUDGE